NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNSTECH INTERNATIONAL CORP.,**
*Plaintiff-Cross-Appellant*

**v.**

**JF MICROTECHNOLOGY SDN BHD,**
*Defendant-Appellant*

---

2018-2145, 2018-2193, 2018-2272

---

Appeals from the United States District Court for the Northern District of California in No. 3:14-cv-02864-JD, Judge James Donato.

---

## JUDGMENT

---

COURTLAND COLLINSON MERRILL, Anthony Ostlund Baer & Louwagie P.A., Minneapolis, MN, argued for plaintiff-cross-appellant. Also represented by DANIEL RYAN HALL.

FREDERICK LEE WHITMER, Kilpatrick Townsend & Stockton LLP, New York, NY, argued for defendant-appellant. Also represented by RUSSELL KORN, ANDREW N. SAUL, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2019        /s/ Peter R. Marksteiner

Date        Peter R. Marksteiner

Clerk of Court